**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:05CR461 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Ann Aldrich |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R** |
| TRACY J. DOUGLAS | ) | |
| | ) | |
| Defendants. | ) | |

The defendant has filed a motion to continue the time to file pretrial motions and discovery [doc 30]. The court has been informed that the government who has no opposition to this motion. Therefore, this motion is granted and the request for a 60 day continuance is granted. The new dates are as follows:

| | |
|---|---|
| **Discovery due:** | **June 9, 2006** |
| **Motion deadline:** | **June 30, 2006** |
| **Responses due:** | **July 12, 2006** |
| **New Trial date:** | **August 7, 2006** |

The Proposed voir dire and jury instructions are due one week prior to trial date. The last day to notify the court regarding a change of plea is **July 28, 2006**.

This order is hereby entered pursuant to 18 U.S.C. 3161(h)(8)(A), (B) and (C), in that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

                                                                                       s/Ann Aldrich
                                                                                       ANN ALDRICH
                                                                                      UNITED STATES DISTRICT JUDGE

*Dated: **May 1, 2006***